**JS-6 / STAY LIFTED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA HERZER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST REPUBLIC BANK, a California corporation; JARED BARNES, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: CV 23-5079-DMG (SKx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [12]** |

The Court, having reviewed the Parties' Stipulation of Dismissal of Entire Action with Prejudice, hereby dismisses this entire action with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED:   October 16, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE